UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 07487
    PATRICIA ANN GENSTER
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-4627


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/25/2007 and was not confirmed.

    The case was dismissed without confirmation 07/25/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMECOMINGS FINANCIAL NE | CURRENT MORTG | .00 | .00 | .00 |
| HOMECOMINGS FINANCIAL NE | MORTGAGE ARRE | 28000.00 | .00 | .00 |
| BLOCKBUSTER VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 461.12 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 196.12 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 551.34 | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| JBC LEGAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 2205.94 | .00 | .00 |
| NICOR GAS CO | NOTICE ONLY | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 5147.74 | .00 | .00 |
| SALLIE MAE SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| SCHAUMBURG LIBRARY | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 615.74 | .00 | .00 |
| OSI COLLECTIONS | UNSECURED | 1140.76 | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 121.76 | .00 | .00 |
| LITTON LOAN SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| IC SYSTEMS INC | UNSECURED | 231.00 | .00 | .00 |
| MELVIN J KAPLAN | DEBTOR ATTY | 3,000.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |


          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------

              PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 07487 PATRICIA ANN GENSTER

```
TRUSTEE                                        .00

PRIORITY                                                    .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                        ---------------   ---------------
TOTALS                               .00               .00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 10/22/07                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE